**Order entered December 15, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-19-01402-CR

## MICHAEL WAYNE RILEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F17-70289-M**

## ORDER

Before the Court is the State's December 11, 2020 motion for an extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief due by December 30, 2020.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE